## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CHARLES TIGER, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| -vs- | ) Case No. CIV-07-640-F |
| | ) |
| MARTY SIMMONS, Warden of the | ) |
| Oklahoma State Penitentiary, | ) |
| | ) |
| Respondent. | ) |

## ORDER

On October 12, 2007, United States Magistrate Judge Robert E. Bacharach issued a Report and Recommendation, wherein he recommended that the court deny petitioner's requests for discovery, expansion of the record, an evidentiary hearing, and issuance of a writ of habeas corpus.

Presently before the court is petitioner's objection to the Report and Recommendation. Pursuant to 28 U.S.C. § 636(b)(1), the court has conducted a *de novo* review of the matter. Having done so, the court concurs with the Report and Recommendation of Magistrate Judge Bacharach. The court finds petitioner's objection to be without merit. Accordingly, the court accepts, adopts, and affirms the Report and Recommendation.

IT IS THEREFORE ORDERED that the Report and Recommendation issued by United States Magistrate Judge Robert E. Bacharach on October 12, 2007 (doc. no. 11) is **ACCEPTED**, **ADOPTED**, and **AFFIRMED**.

IT IS ALSO ORDERED that petitioner's requests for discovery, expansion of the record, an evidentiary hearing, and issuance of a writ of habeas corpus pursuant to 28 U.S.C. § 2254 (doc. no. 1) are **DENIED**.

IT IS FURTHER ORDERED that judgment shall issue forthwith.

DATED January 24, 2008.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

07-0640p003.wpd